IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SANDRA JOHNSON,

    Plaintiff,

vs.                                         Case No.:4:11-CV-36-SPM

TALLAHASSEE FACILITY OPERATIONS LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Parties' Joint Stipulation of Dismissal with Prejudice (doc. 3) and Federal Rule of Civil Procedure 41(a)(1), this matter is **dismissed with prejudice**. However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time either party may move to reopen this matter for good cause shown. Each party shall bear its own costs and attorney fees.

DONE and ORDERED this fourth day of April, 2011.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            Chief United States District Judge